**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

TOTAL CARE DENTAL AND
ORTHODONTICS, RIDGE EYE CARE,
INC., H. LEE MOFFITT INSTITUTE
HOSPITAL, INC., MAGNOLIA
MEDICAL CLINIC, P.A., K. WADE
FOSTER MD, PA d/b/a FLORIDA
DERMATOLOGY AND CANCER
CENTERS, PA, PEDIATRIC CLINIC,
LTD., REVIVAL THERAPY, P.C.,
COMPOUNDING PHARMACIES OF
LOUISIANA, INC. d/b/a
PROFESSIONAL ARTS PHARMACY,
YORK HOSPITAL, LAURA COTTON
LICSW, H & R MEDICAL PRACTICE,
P.C., IRWIN COUNSELING SERVICE,
PLLC, BEGINNINGS AND BEYOND
COUNSELING d/b/a PLAY THERAPY
MINNESOTA, HACKENSACK
MERIDIAN HEALTH, INC.,
ADVANCED CARDIOLOGY OF
SOUTH JERSEY, P.C., AMB MEDICAL
SERVICES d/b/a DOCCARE, WESTERN
NEW YORK RETINA, KNOX
COMMUNITY HOSPITAL,
CULTIVATING MIND LLC, WIEMER
FAMILY PODIATRY, LLC, KAITLIN
HECKMAN LLC, MEDCARE
PEDIATRIC GROUP, LP, MEDCARE
PEDIATRIC THERAPY, LP, MEDCARE
PEDIATRIC REHAB CENTER, LP,
MEDCARE PEDIATRIC NURSING, LP,
MEDCARE ABA, LLC, NEW JERSEY
PEDIATRIC NEUROSCIENCE
INSTITUTE, LLC, INSIGHT CHICAGO,
INC., JAWAD A. SHAH, M.D., P.C. d/b/a
INSIGHT INSTITUTE OF
NEUROSURGERY & NEUROSCIENCE,
SOUTHEAST MICHIGAN SURGICAL
HOSPITAL, LLC, CHARLESTON
PATHOLOGY, P.A., UNITY MEDICAL
CENTER MANCHESTER A/K/A
COFFEE MEDICAL GROUP, LLC,
BEHAVEN KIDS, LLC, THE

Civil Action No. _____

1

NATIONAL COMMUNITY
PHARMACISTS ASSOCIATION,

*Plaintiffs,*

v.

UNITEDHEALTH GROUP INC.,
UNITEDHEALTHCARE SERVICES,
INC., OPTUM INSIGHT, CHANGE
HEALTHCARE INC., CHANGE
HEALTHCARE OPERATIONS, LLC,
CHANGE HEALTHCARE SOLUTIONS,
LLC, CHANGE HEALTHCARE
HOLDINGS, INC., CHANGE
HEALTHCARE TECHNOLOGIES, LLC,
CHANGE HEALTHCARE
TECHNOLOGIES ENABLED
SERVICES, LLC, CHANGE
HEALTHCARE PHARMACY
SOLUTIONS, INC. OPTUM, INC.,
OPTUM FINANCIAL, INC., OPTUM
BANK, OPTUM PAY,

*Defendants.*

## <u>NOTICE OF REMOVAL</u>

Defendants UnitedHealth Group Incorporated, United HealthCare Services, Inc.,

OptumInsight, Inc., Change Healthcare Inc., Change Healthcare Operations, LLC, Change

Healthcare Solutions, LLC, Change Healthcare Holdings, Inc., Change Healthcare Technologies,

LLC, Change Healthcare Technology Enabled Services, LLC,[1] Change Healthcare Pharmacy

Solutions, Inc., Optum, Inc., Optum Financial, Inc., Optum Bank, Inc., and Optum Pay[2]

---

[1] The Complaint incorrectly named the entity as Change Healthcare Technologies Enabled Services, LLC. The correct name of the entity is Change Healthcare Technology Enabled Services, LLC.

[2] The Complaint names Optum Pay as a Defendant. However, Optum Pay is not a legal entity and cannot be sued. *See* Mem. Op. and Order, *In Re: Change Healthcare, Inc. Customer Data Sec. Breach Litig.*, No. 0:24-md-03108 (D. Minn.), Dkt. 483 at 14 n.9 ("Optum Pay is not a legal entity and therefore cannot be sued").

("Defendants") file this Notice of Removal in accordance with 28 U.S.C. §§ 1332, 1441, and 1446, and remove this action from the Circuit Court of Davidson County, Tennessee, to the United States District Court for the Middle District of Tennessee. As its reasons for removal, Defendants state:

## BACKGROUND

1.      By Summons and Complaint, Plaintiffs Total Care Dental and Orthodontics, Ridge Eye Care, Inc., H. Lee Moffitt Institute Hospital, Inc., Magnolia Medical Clinic, P.A., K. Wade Foster MD, PA d/b/a Florida Dermatology And Cancer Centers, PA, Pediatric Clinic, Ltd., Revival Therapy, P.C., Compounding Pharmacies of Louisiana, Inc. d/b/a Professional Arts Pharmacy, York Hospital, Laura Cotton LICSW, H & R Medical Practice, P.C., Irwin Counseling Service, PLLC Beginnings and Beyond Counseling d/b/a Play Therapy Minnesota, Hackensack Meridian Health, Inc., Advanced Cardiology of South Jersey, P.C., AMB Medical Services d/b/a DocCare, Western New York Retina, Knox Community Hospital, Cultivating Mind LLC, Wiemer Family Podiatry, LLC, Kaitlin Heckman LLC, MedCare Pediatric Group, LP, MedCare Pediatric Therapy, LP, MedCare Pediatric Rehab Center, LP, MedCare Pediatric Nursing, LP, MedCare ABA, LLC, New Jersey Pediatric Neuroscience Institute, LLC, Insight Chicago, Inc., Jawad A. Shah, M.D., P.C. d/b/a Insight Institute Of Neurosurgery & Neuroscience, Southeast Michigan Surgical Hospital, LLC, Charleston Pathology, P.A., Unity Medical Center Manchester A/K/A Coffee Medical Group, LLC, Behaven Kids, LLC, The National Community Pharmacists Association ("Plaintiffs") commenced a civil action against Defendants in the Circuit Court of Davidson County, Tennessee, titled *Total Care Dental Orthodontics et al. v. UnitedHealth Group Inc. et al.*, Case No. 26C631, filed on February 27, 2026 (the "State Court Action"). A true and accurate copy of the Summons and Complaint that Plaintiff caused to be served upon Defendants is attached as

3

**Exhibit A** and constitutes all processes, pleadings, and orders served upon Defendants in this action to the present date. 28 U.S.C. § 1446(a).[3]

2.      Defendants waived service of the Summons and Complaint in the State Court Action on May 21, 2026. The instant Notice of Removal is being filed within thirty (30) days of the service date. 28 U.S.C. § 1446(b).

3.      Attached as **Exhibit B** is a copy of the Notice of Filing of Notice of Removal, the original of which is being filed with the State Court. 28 U.S.C. § 1446(d).

## **DIVERSITY JURISDICTION**

4.      This Court has diversity jurisdiction over the Complaint, pursuant to 28 U.S.C. § 1332, under the Class Action Fairness Act (28 U.S.C. § 1332(d)).

5.      This Court has jurisdiction over the Complaint pursuant to the Class Action Fairness Act, 28 U.S.C. § 1332(d), because the Complaint is a class action, at least one member of the class (Plaintiff) is a citizen of a state different from Defendants, Defendants are not a State, State official, or other governmental entity, the number of members of the proposed plaintiff class is not less than 100, and the amount in controversy exceeds the sum or value of $5,000,000.

6.      Plaintiff Total Care Dental Orthodontics alleges it is a citizen of California. (Compl. ¶ 270).

---

[3] The Complaint relates to a cyberattack suffered by Defendants on or about February 21, 2024. Over 150 cases have been brought against Defendants and Defendants' parent companies in connection with the same cyberattack. On June 7, 2024, the Judicial Panel for Multistate Litigation (JPML) instituted a Multi-District Litigation in the District of Minnesota to centralize cases arising from the cyberattack for pre-trial proceedings: *In Re: Change Healthcare, Inc. Customer Data Security Breach Litigation*, No. 0:24-md-03108-DWF-DJF (D. Minn.). Defendants are filing, contemporaneously with this Notice of Removal, a Notice of Potential Tagalong with the JPML to consider whether this case should be consolidated as part of the MDL for pre-trial proceedings.

7.     Defendant UnitedHealth Group Incorporated is a corporation formed under the laws of Delaware and its principal place of business is in Minnesota. Accordingly, Defendant UnitedHealth Group Incorporated is a citizen of Delaware and Minnesota for purposes of diversity jurisdiction.

8.     Defendant United HealthCare Services, Inc. is a corporation formed under the laws of Minnesota and its principal place of business is in Minnesota. Accordingly, Defendant United HealthCare Services, Inc. is a citizen of Minnesota for purposes of diversity jurisdiction.

9.     Defendant OptumInsight, Inc. is a corporation formed under the laws of Delaware and its principal place of business is in Minnesota. Accordingly, Defendant OptumInsight, Inc. is a citizen of Delaware and Minnesota for purposes of diversity jurisdiction.

10.     Defendant Change Healthcare Inc. is a corporation formed under the laws of Delaware and its principal place of business is in Minnesota. Accordingly, Defendant Change Healthcare Inc. is a citizen of Delaware and Minnesota for purposes of diversity jurisdiction.

11.     Defendant Change Healthcare Operations, LLC is a Delaware limited liability company. The citizenship of a limited liability company is determined by its members. *US Framing Int'l LLC v. Cont'l Bldg. Co.*, 134 F.4th 423, 428 (6th Cir. 2025). The sole member of Change Healthcare Operations, LLC is Change Healthcare Holdings, Inc. Change Healthcare Holdings, Inc. is incorporated in the State of Delaware, and its principal place of business is in Minnesota. Accordingly, Defendant Change Healthcare Operations, LLC is a citizen of Delaware and Minnesota for diversity purposes.

12.     Defendant Change Healthcare Solutions, LLC is a Delaware limited-liability company. The sole member of Change Healthcare Solutions, LLC is Change Healthcare Operations, LLC, a Delaware limited-liability company. The sole member of Change Healthcare

Operations, LLC is Change Healthcare Holdings, Inc. Change Healthcare Holdings, Inc. is incorporated in the State of Delaware, and its principal place of business is in Minnesota. Accordingly, Defendant Change Healthcare Solutions, LLC is a citizen of Delaware and Minnesota for diversity purposes.

13. Defendant Change Healthcare Holdings, Inc. is a corporation formed under the laws of Delaware and its principal place of business is in Minnesota. Accordingly, Defendant Change Healthcare Holdings, Inc. is a citizen of Delaware and Minnesota for purposes of diversity jurisdiction.

14. Defendant Change Healthcare Technologies, LLC is a Delaware limited-liability company. The sole member of Change Healthcare Technologies, LLC is Change Healthcare Holdings, LLC, a Delaware limited-liability company. The sole member of Change Healthcare Holdings, LLC is Change Healthcare Intermediate Holdings, LLC, a Delaware limited-liability company. The sole member of Change Healthcare Intermediate Holdings, LLC is Change Healthcare LLC, a Delaware limited-liability company. The sole member of Change Healthcare LLC is Change Healthcare Holdco Inc. Change Healthcare Holdco Inc. is incorporated in the State of Delaware, and its principal place of business is in Minnesota. Accordingly, Defendant Change Healthcare Technologies, LLC is a citizen of Delaware and Minnesota for diversity purposes.

15. Change Healthcare Technology Enabled Services, LLC is a Georgia limited liability company. The sole member of Healthcare Holdings, LLC is Change Healthcare Intermediate Holdings, LLC, a limited liability company. The sole member of Change Intermediate Holdings LLC is Change Healthcare LLC, a limited liability company. The sole member of Change Healthcare LLC is Change Healthcare Holdco Inc. Change Healthcare Holdco Inc. is incorporated in the state of Delaware, and its principal place of business is in Minnesota.

6

Thus, Change Healthcare Technology Enabled Services, LLC is a citizen of Delaware and Minnesota.

16.    Defendant Change Healthcare Pharmacy Solutions, Inc. is a corporation formed under the laws of Maine and its principal place of business is in Minnesota. Accordingly, Defendant Change Healthcare Pharmacy Solutions, Inc. is a citizen of Maine and Minnesota for purposes of diversity jurisdiction.

17.    Defendant Optum, Inc. is a corporation formed under the laws of Delaware and its principal place of business is in Minnesota. Accordingly, Defendant Optum, Inc. is a citizen of Delaware and Minnesota for purposes of diversity jurisdiction.

18.    Defendant Optum Financial, Inc. is a corporation formed under the laws of Delaware and its principal place of business is in Minnesota. Accordingly, Defendant Optum Financial, Inc. is a citizen of Delaware and Minnesota for purposes of diversity jurisdiction.

19.    Defendant Optum Bank, Inc. is a corporation formed under the laws of Utah and its principal place of business is in Utah. Accordingly, Defendant Optum Bank, Inc. is a citizen of Utah for purposes of diversity jurisdiction.

20.    Defendant Optum Pay is not a legal entity, and its citizenship has no impact on diversity jurisdiction. Plaintiff admits Optum Pay is not a legal entity. *See* Compl. ¶ 30; *see also* Mem. Op. and Order, *In Re: Change Healthcare, Inc. Customer Data Sec. Breach Litig.*, No. 0:24-md-03108 (D. Minn.), Dkt. 483 at 14 n.9 ("Optum Pay is not a legal entity and therefore cannot be sued").

21.    As stated above, Plaintiff Total Care Dental Orthodontics alleges it is a citizen of California, while Defendants are citizens of Delaware, Minnesota, Utah, and Maine. Thus, at least minimum diversity exists.

22.     The Complaint alleges that Defendants' Change Platform "is connected to 'more than 800,000 providers'" and "is involved in one in every three patient records." Compl ¶ 510. Since Plaintiffs seek to represent a nationwide class of providers, Compl. ¶ 506, the number of members of the proposed class is greater than 100.

23.     Furthermore, the amount in controversy is more than $5,000,000. The Complaint alleges that "providers did not timely receive *billions* of dollars in earned reimbursements." Compl. ¶ 5. The Complaint further alleges, via an American Hospital Association letter, that "billions of dollars stopped flowing to providers[.]" Compl. ¶ 72. The Complaint also alleges that Change "processes 15 billion health care transactions annually and is involved in one in every three patient records" and is connected to more than 800,000 providers." Compl. ¶ 510. Since Plaintiff seeks to represent a nationwide class of providers, the amount in controversy exceeds $5,000,000.

24.     Because the requirements for diversity jurisdiction are satisfied, this Court has jurisdiction over all claims and parties pursuant to 28 U.S.C. § 1332(d). The Complaint is properly removed pursuant to 28 U.S.C. §§ 1441 and 1446.

25.     All Defendants join in to the removal of this action to the United States District Court for the Western District of North Carolina.

### **RESERVATIONS OF RIGHTS AND DEFENSES**

26.     Defendants reserve any and all defenses, including, but not limited to, those under Federal Rule of Civil Procedure 12, and does not waive said defenses by the filing of the Notice of Removal.

27.     Defendants do not admit any of the allegations in Plaintiffs' Complaint, and do not concede that Plaintiffs are entitled to any relief.

28. Defendants reserve the right to amend or supplement the Notice of Removal as necessary.

## REMOVAL TO THIS DISTRICT IS PROPER

29. This Notice of Removal is being filed in the Middle District of Tennessee, the District Court of the United States for the district and division within which the State Court Action is pending. 28 U.S.C. § 1391 and 28 U.S.C. §§ 1441(a) and 1446(a).

30. WHEREFORE, Defendants respectfully request that the State Court Action be removed and proceed in the United States District Court for the Middle District of Tennessee.

Dated: May 22, 2026

Respectfully submitted,

*/s/ E. Todd Presnell*
E. Todd Presnell (BPR 017521)
Andrew W. Tao (BPR 041344)
**BRADLEY ARANT BOULT CUMMINGS LLP**
One 22 One
1221 Broadway, Suite 2400
Nashville, TN 37203
T. (615) 252-2355
F. (615) 252-6355
tpresnell@bradley.com
atao@bradley.com

*Counsel for Defendants UnitedHealth Group Incorporated, United HealthCare Services, Inc., OptumInsight, Inc., Change Healthcare Inc., Change Healthcare Operations, LLC, Change Healthcare Solutions, LLC, Change Healthcare Holdings, Inc., Change Healthcare Technologies, LLC, Change Healthcare Technology Enabled Services, LLC, Change Healthcare Pharmacy Solutions, Inc., Optum, Inc., Optum Financial, Inc., Optum Bank, Inc., and Optum Pay*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document, which was filed with the Court through the

CM/ECF system, will be sent electronically to the following parties:

Mark Chalos
LIEFF CABRASER HEIMANN & BERNSTEIN
222 2nd Ave S #1640
Nashville, Tennessee 37201
mchalos@lchb.com

Melissa Gardner
LIEFF CABRASER HEIMANN & BERNSTEIN
275 Battery Street, 29th Floor
San Francisco, CA 94111
mgardner@lchb.com

*Counsel for Plaintiffs*

E. Michelle Drake
BERGER MONTAGUE
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
emdrake@bm.net

Norman E. Siegel
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
siegel@stuevesiegel.com

Warren Burns
BURNS CHAREST LLP
900 Jackson Street, Suite 500
Dallas, TX 75202
wburns@burnscharest.com

*MDL Provider Track Co-Lead Counsel*

Dated: May 22, 2026

/s/ E. Todd Presnell
E. Todd Presnell

10